NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 0 7 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. HEKESI FOLAUMAHINA, Defendant - Appellant. | No. 05-10613<br><br>D.C. No. CR-04-00026-DAE<br>District of Hawaii<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11 2006
DISTRICT OF HAWAII

Before: B. FLETCHER, PREGERSON, and CANBY, Circuit Judges.

This case is withdrawn from submission pending issuance of the mandate in *United States v. Evans-Martinez*, No. 05-10280.