**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10613 |
| Plaintiff - Appellee, | D.C. No. CR-04-00026-DAE |
| v. | |
| HEKESI FOLAUMAHINA, | ORDER |
| Defendant - Appellant. | |

Before: B. FLETCHER, PREGERSON, and CANBY, Circuit Judges.

This case is re-submitted for decision.